IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JENNIFER O'BRIEN,

       Appellant,

v.

       Case No. 5D22-1689
       LT Case No. 2021-CF-000392

STATE OF FLORIDA,

       Appellee.
_____/

Decision filed June 6, 2023

Appeal from Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Matthew J. Metz, Public Defender, and
Teresa D. Sutton, Assistant Public Defender,
Daytona Beach, for Appellant.

Jennifer O'Brien, Lecanto, pro se.

Ashley Moody, Attorney General, Tallahassee,
and Whitney Brown Hartless, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

MAKAR, WALLIS and SOUD, JJ., concur.